1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DURNYA,             )<br>                              )<br>       Plaintiff,        )<br>                              )<br>  v.                          )<br>                              )<br>DEPT. OF CORRECTION et. al., )<br>                              )<br>       Defendant.         )<br>_____) | CV F 06-0767 AWI TAG<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION AND<br>DISMISSING ACTION<br><br>(Document #6) |

On June 19, 2006, the court ordered Plaintiff to pay the filing fee in this action.  Plaintiff did not pay the filing fee or otherwise respond to the court's order.   The Magistrate Judge then issued Findings and Recommendations that recommended this action be dismissed for Plaintiff's failure to comply with a court order.   The Findings and Recommendation gave notice that Plaintiff could file objections within thirty days.   Plaintiff has not filed objections, paid the filing fee, or otherwise contacted the court.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a de novo review of this case.   Having reviewed the entire file, the court finds the Findings and Recommendation to be supported by the record and by proper analysis.

//

Accordingly, the court ORDERS that:

1. The Findings and Recommendation entered on July 5, 2006 are ADOPTED IN FULL;
2. This action is DISMISSED for Plaintiff's failure to comply with a court order; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:    February 21, 2007**              /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE